7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Charles L Wolf and Kerri Lyn Wolf −−ABOVE MED−− *Debtor*

*Bankruptcy Case No.* 16−41395−can13

**State of Kansas Department of Labor**
    Plaintiff(s)

*Adversary Case No.* 16−04100−can

v.

**Charles L Wolf**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Default Judgment is entered in favor of Plaintiff, KDoL and against the Defendant excepting the above described debt from discharge as having been incurred by false pretenses, a false representation, or actual fraud as provided by 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. §1328 and awarding KDoL its costs of $350.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk



Date of issuance: 10/5/16

Court to serve